IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Cantu, Diane R | Case Number: 08 B 17368 |
| | Judge: Wedoff, Eugene R |
| Printed: 9/30/08 | Filed: 7/3/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:     Ch 7 Conversion: September 26, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 0.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 0.00 |
| Other Funds: | | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Internal Revenue Service | Secured | 10,813.45 | 0.00 |
| 2. | CitiFinancial Auto Credit Inc | Secured | 1,960.28 | 0.00 |
| 3. | Illinois Dept of Revenue | Secured | 1,102.53 | 0.00 |
| 4. | America's Servicing Co | Secured | 80,231.63 | 0.00 |
| 5. | Jerry L Horne And Carol D. Horne | Secured | 50,301.90 | 0.00 |
| 6. | Internal Revenue Service | Priority | 14,351.47 | 0.00 |
| 7. | Internal Revenue Service | Unsecured | 1,566.69 | 0.00 |
| 8. | B-Line LLC | Unsecured | 2,845.37 | 0.00 |
| 9. | Valley Collection | Unsecured | 513.75 | 0.00 |
| 10. | Illinois Dept of Revenue | Priority | | No Claim Filed |
| 11. | Capital One | Unsecured | | No Claim Filed |
| 12. | Capital One | Unsecured | | No Claim Filed |
| 13. | Illinois Dept of Revenue | Unsecured | | No Claim Filed |
| 14. | Portfolio Recovery Associates | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 163,687.07 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| | _____ |
| | $ 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Cantu, Diane R | Case Number:  08 B 17368 |
| | Judge:  Wedoff, Eugene R |
| Printed:  9/30/08 | Filed:  7/3/08 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

                        Marilyn O. Marshall, Trustee, by:

